In the Matter of the Application of THE CITY OF NEW YORK, Appellant, Relative to Acquiring Title to Lands for the Purpose of Establishing a Public Beach in the Borough of Brooklyn.

THEODORE W. KRAMER et al., Respondents.

(Argued March 23, 1931; decided April 7, 1931.)

*Arthur J. W. Hilly, Corporation Counsel (Patrick S. MacDwyer* of counsel), for appellant.

*Charles Lamb* and *Alfred J. Talley* for Theodore W. Kramer et al., respondents.

*W. B. Roulstone* for Frank E. Lonas, respondent.

*Francis P. O'Connor* and *Edward W. Murphy* for Alice Dunne et al., respondents.

*James F. Quigley* for Joseph Huber, respondent.

Order affirmed, with costs; question certified answered in the negative on opinion in *Matter of City of New York* (*Feltman*) (256 N. Y. 156); no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, LEHMAN, KELLOGG, O'BRIEN and HUBBS, JJ.